UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | No. | FILED: JULY 18, 2008 |
| v. | ) | | 08 cv 4099 |
| | ) | | JUDGE CASTILLO |
| S&S GROUP, LTD. d/b/a ReMax East-West, *et al.,* | ) | Judge | MAGISTRATE JUDGE SCHENKIER |
| | ) | | JH |
| Defendants. | ) | | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: Joan Laser
 JOAN LASER
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-1857
 joan.laser@usdoj.gov