## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4099 | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. S&S Group, Ltd., et al. | | |

**DOCKET ENTRY TEXT**

Sameena Majeed's motion for leave to appear pro hac vice [6] is granted. Sameena Majeed's motion for leave to appear pro hac vice [5] is denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|