**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

TLMS

FILED
JULY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

United States of America

v.

S&S Group, LTD. d/b/a ReMax East-West, et al.

Case Number: 08-cv-4099

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States of America

| | |
|---|---|
| NAME (Type or print) | |
| Sameena Shina Majeed | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Sameena Shina Majeed | |
| FIRM | |
| U.S. Department of Justice, Civil Rights Division, Housing and Civil Enforcement Section | |
| STREET ADDRESS | |
| 1800 G Street, N.W., Ste. 7200 | |
| CITY/STATE/ZIP | |
| Washington, DC 20006 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (202) 305-1311 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐