U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 1:08-CV-04099

United States of America,
    Plaintiff,
v.
S & S Group, Ltd., et al.
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

S & S Group, Ltd. d/b/a Re-Max East West and John DeJohn

| | |
|---|---|
| NAME (Type or print) <br> Joseph R. Marconi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Joseph R. Marconi | |
| FIRM <br> Johnson & Bell, Ltd. | |
| STREET ADDRESS <br> 33 W. Monroe Street, #2700 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01760173 | TELEPHONE NUMBER <br> 312/372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |